UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

| | |
|---|---|
| REBECCA BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:14-cv-00123-JRG-DHI |
| v. ) | |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE REGARDING THE PARTIES' INTENT TO MEDIATE**

Plaintiff REBECCA BERRY and Defendant TARGET CORPORATION, by their attorneys and pursuant to the Court's July 18, 2014 Scheduling Order (the "Scheduling Order") (Dkt. No. 14) and the Court's March 18, 2015 Order (Dkt. No. 23), state as follows:

1. Pursuant to the Court's March 18, 2015 Order (Dkt. No. 23), the parties are required to notify the Court on or before April 14, 2015 regarding whether they intend to use the Federal Court Mediation Program.

2. The parties are currently negotiating a resolution as to all of Plaintiff's claims and anticipate filing a stipulation of dismissal with prejudice in the near future. Therefore, the parties do not intend to mediate this matter.

Jointly and respectfully submitted,

REBECCA BERRY

By: s/ Joshua J. Bond*
    Joshua J. Bond
    Hodges, Doughty & Carson, PLLC
    617 West Main Street
    P.O. Box 869
    Knoxville, Tennessee 37901-0869
    Telephone: (865) 292-2307

TARGET CORPORATION

By s/ Alex S. Drummond
    Alex S. Drummond
    Georgia Bar No. 231116
    adrummond@seyfarth.com
    Erin McPhail Wetty*
    *(admitted *pro hac vice*)
    Georgia Bar No. 165259

Facsimile: (865) 292-2321

* Filed with express permission

ewetty@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

Date: April 14, 2015