UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| REBECCA BERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.: 2:14-CV-123 |
| ) | |
| TARGET CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties filed a Joint Notice Regarding the Parties' Intent to Mediate, [Doc. 26]. The parties reported that they are involved in settlement negotiations. If those negotiations deteriorate, however, then they should file another statement regarding the utilization of mediation. As such, the parties shall file another Joint Statement Regarding the Utilization of Mediation on or before June 1, 2015.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE