UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

| | |
|---|---|
| REBECCA BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:14-cv-00123-JRG-DHI |
| v. | ) |
| | ) |
| TARGET CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff REBECCA BERRY and Defendant TARGET CORPORATION, by their attorneys and, pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's claims in her Complaint and this action are hereby dismissed in their entirety, with prejudice. Each party will bear its own costs.


Jointly and respectfully submitted,

| REBECCA BERRY | TARGET CORPORATION |
|---|---|
| By: s/ Joshua J. Bond* | By s/ Alex S. Drummond |
|     Joshua J. Bond |     Alex S. Drummond |
|     Hodges, Doughty & Carson, PLLC |     Georgia Bar No. 231116 |
|     617 West Main Street |     adrummond@seyfarth.com |
|     P.O. Box 869 |     Erin McPhail Wetty* |
|     Knoxville, Tennessee 37901-0869 |     *(admitted *pro hac vice*) |
|     Telephone: (865) 292-2307 |     Georgia Bar No. 165259 |
|     Facsimile: (865) 292-2321 |     ewetty@seyfarth.com |
| |     SEYFARTH SHAW LLP |
| * Filed with express permission |     1075 Peachtree Street, N.E. |
| |     Suite 2500 |
| |     Atlanta, Georgia 30309-3962 |
| |     Telephone: (404) 885-1500 |
| |     Facsimile: (404) 892-7056 |

Date: May 15, 2015